752

Jimmie Craig DANIELS,
Plaintiff–Appellant,

v.

Mandy Michelle Beasley DANIELS,
Defendant–Appellee.

No. 12–6201.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 15, 2012.

Decided: March 20, 2012.

Jimmie Craig Daniels, Appellant Pro Se.

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jimmy Craig Daniels appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil action for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Daniels v. Daniels*, No. 4:10–cv–01692–TLW–SVH (D.S.C. Dec. 7, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*